UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-10707 |
| | | CHAPTER 13 |
| ELIZABETH ANN DOBBINS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the debtor(s).  Final Report has been filed in this case.  These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916474 | $1.84 |

Debtor Address
ELIZABETH ANN DOBBINS
4011 VINING DRIVE, #113
CINCINNATI, OH  45245

                              Respectfully submitted,

/s/   Margaret A. Burks, Esq.
       Margaret A. Burks, Esq.
       Chapter 13 Trustee
       Attorney No. OH 0030377

       Francis J. DiCesare, Esq.
       Staff Attorney
       Attorney No. OH 0038798

       Karolina F. Perr, Esq.
       Staff Attorney
       Attorney No. OH 0066193

       600 Vine Street, Suite 2200
       Cincinnati, OH 45202
       (513) 621-4488
       (513) 621 2643 (Facsimile)
       mburks@cinn13.org - Correspondence only
       fdicesare@cinn13.org
       kperr@cinn13.org
       cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Debtors

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

                                    /s/     Margaret A. Burks, Esq.
                                                 Margaret A. Burks, Esq.

Debtor(s)
ELIZABETH ANN DOBBINS
4011 VINING DRIVE, #113
CINCINNATI, OH  45245

Debtor(s) Counsel
ZEGARSKI & ICE CO., L.P.A.
700 WALNUT STREET
SUITE 202
CINCINNATI, OH  45202

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)